USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
 -against- : S4 15-CR-153 (VSB)
:
MALIK SAUNDERS, : **ORDER**
:
 Defendant. :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Malik Saunders's letter motion dated August 9, 2019, requesting a *Fatico* hearing. (Doc. 654). As an initial matter, I note that a *Fatico* hearing was requested in Defendant's December 11, 2017, submission to me, (Doc. 457), and discussed with the parties at Defendant's January 23, 2018, sentencing, (Doc. 514). In any event, Defendant Saunders filed a notice of appeal on February 6, 2018, and that appeal appears to still be pending in the Second Circuit. Therefore, Saunders's request for a *Fatico* hearing is DENIED with leave to renew pending resolution of his appeal in the Second Circuit.

SO ORDERED.

Dated: November 25, 2019
 New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge