```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                   -against-                             :    15-CR-153 (VSB)
                                                         :
MALIK SAUNDERS,                                          :        **ORDER**
                                                         :
                   Defendant.                            :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendant Malik Saunders' ("Saunders") petition for compassionate release, (Doc. 710), and the Government's opposition, (Doc. 711). If Saunders would like to submit a reply to the Government's opposition, he is directed to do so by no later than May 4, 2021. In his reply, Saunders should address what impact, if any, his receipt of the vaccine has on his request.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Saunders.

SO ORDERED.

Dated: April 13, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge