UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MALIK SAUNDERS,

Defendant.

15-CR-153 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

On January 23, 2018, Defendant was sentenced principally to a term of imprisonment of 228 months. On February 1, 2024, the defendant filed a motion requesting that I consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. (Doc. 740.) The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction. (Doc. 741.)

It is hereby ORDERED that the defendant is ineligible for this reduction because the guideline amendments do not change the Defendant's total Offense Level and Criminal History Category. Defendant's motion is therefore DENIED. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 740 and to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: October 9, 2024
New York, New York

_____
Vernon S. Broderick
United States District Judge